UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA
FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 APR 24 A 10: 20

SIGN_____
BY DEPUTY CLERK

LUCIEN TEMPLET, JR., ET AL.

VERSUS

HYDROCHEM, INC., ET AL.

CIVIL ACTION

NO. 99-206-A-M2

*********************************************************************************************

## ORDER

Considering the above and foregoing Motion:

**IT IS ORDERED** that all claims of Plaintiff-in-Intervention, **Daniel Becnel**, for claims to fees and costs regarding Lucien Templet only, against the Defendants-in-Intervention, **Robert Schmolke, Michael Clegg, Jerry McKernan, Donald Carmouche and Lewis Unglesby**, are hereby dismissed, with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this 24th day of ____April____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA